# In the United States District Court for the Southern District of Georgia Brunswick Division

```
UNITED STATES OF AMERICA,      )
                               )
     v.                        )     CR 225-006
                               )
RYAN LEE BORDERS,              )
                               )
     Defendant.                )
```

### ORDER

Counsel's error in failing to attend the Rule 11 hearing was an unintended and, more importantly, isolated error. The Court finds no reason to impose sanctions.

**SO ORDERED** this 28 day of August, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA